**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**VS.**                          **CRIMINAL NO.: 4:15-cr-73-DMB-JMV-3**

**ANTONIO LEWIS**                                    **DEFENDANT**

## ORDER DENYING MOTION

This matter came before the Court on Defendant's Motion for Bond, docket number [858]. The court having heard and considered the arguments of counsel finds the Motion for Bond should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshal Service pending the Final Revocation Proceedings before United States District Judge Debra M. Brown.

SO ORDERED, this the 27th day of February, 2023.

                                                             /s/ Jane M. Virden
                                                             UNITED STATES MAGISTRATE JUDGE